IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ADAN SILVA-VALENCIA, <br><br> Defendant. | 4:23CR3034 <br><br> **ORDER** |

Upon arraignment of defendant this date and the entry of a plea of not guilty, and at the request of defense counsel,

IT IS ORDERED:

1) **Discovery.** Within ten (10) days of this date, counsel shall confer and accomplish discovery in accordance with NECrimR16.1 and Fed.R.Crim.P.16. The United States Attorney shall disclose Brady v. Maryland (and it's progeny) material as soon as practicable.

2) A trial date will not be set at this time. Instead, a status hearing will be held at 2:30 p.m. on April 27, 2023 before the undersigned magistrate by videoconference. 30 minutes have been set aside for this hearing. The defendant, defense counsel, and counsel for the government are ordered to appear for this hearing.

March 24, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge